

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
                Plaintiff

vs.

LARRY MARCUS PARKER (1)
                Defendant

CASE NO. 13CR4230-W

JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: DECEMBER 3, 2014

_____
HONORABLE DAVID H. BARTICK
United States Magistrate Judge